# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1190

VERSUS

DEXTER YOUNG                                          **DECEMBER 30, 2021**

---

In Re:      Dexter Young, applying for supervisory writs, 18th
            Judicial District Court, Parish of Pointe Coupee, No.
            51718.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
the motion at issue, the district court's ruling, the bill of
information, pertinent district court minutes, the transcript of
the September 29, 2021 hearing, or any other portion of the
district court record that would support the claim raised in the
writ application. Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In the event relator elects to file a new application with this
court, the application shall be filed on or before March 1,
2021. Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT